PER CURIAM.
Affirmed. Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); Tucker v. State, 559 So.2d 218 (Fla. 1990); Gonzalez v. State, 579 So.2d 145 (Fla. 3d DCA 1991); Lara v. State, 528 So.2d 984 (Fla. 3d DCA 1988), rev. denied 534 So.2d 400 (Fla.1988); Frazier v. State, 447 So.2d 959 (Fla. 1st DCA 1984); Holloway v. State, 432 So.2d 649 (Fla. 1st DCA 1983).